PREVETTE v. FORSYTH COUNTY

No. 307P93

Case below: 110 N.C.App. 754

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

RAGAN v. HILL

No. 296PA93

Case below: 110 N.C.App. 648

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 9 September 1993.

RAYMER BROTHERS, INC. v. FUEL CITY, INC.

No. 223P93

Case below: 110 N.C.App. 314

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

RHYNE v. VELSICOL CHEMICAL CORP.

No. 317P93

Case below: 110 N.C.App. 870

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

RICE v. RANDOLPH

No. 240P93

Case below: 110 N.C.App. 490

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.